# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTIAN KYLE TOUCHET AND
CHARLOTTE C. MCDANIEL

NO.   2024 CW 0484

VERSUS

LORETTA MCGEHEE AND RODNEY
MCGEHEE

**AUGUST 12, 2024**

---

In Re:   Christian Kyle Touchet and Charlotte C. McDaniel,
applying for supervisory writs, 23rd Judicial District
Court, Parish of Ascension, No. 137204.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT NOT CONSIDERED.** This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8)
and (10). Relators, Christian Kyle Touchet and Charlotte C.
McDaniel, failed to include a copy of the pleadings upon which the
ruling was founded or a copy of the pertinent court minutes.
Moreover, the writ application did not include a transcript of the
hearing.   Relators failed to provide proof that the notice of
intent filed on April 26, 2024, was timely under Uniform Rules of
Louisiana Courts of Appeal, Rules 4-2 and 4-3, in accordance with
the provisions of La. Code Civ. P. art. 1914(A) and (B).   The
notice of intent was filed more than 30 days after the hearing.

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2.   Any new application must
be filed on or before September 11, 2024, and must contain a copy
of this ruling.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT